## Commonwealth *v.* Neely, Appellant.

Argued September 11, 1972.   *Jay S. Gottlieb*, with him *Needleman, Needleman, Tabb & Eisman*, for appellant; *Norris Gelman*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.